```
FEINSTEIN, RAISS, KELIN
      & BOOKER, L.L.C.
100 Executive Drive, Suite 360
West Orange, New Jersey 07052
(973) 324-5400
tgoldstein@frkblaw.com
Attorneys for Defendants,
E Mortgage Management, LLC,
E Freedom Properties, LLC,
E Properties, LLC, Gregory Englesbe and
Joseph Spagnoletti
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| DEIDRE DAVIDSON a/k/a DEIDRA OAGUNJU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CORNERSTONE BANK, E-MORTGAGE MANAGEMENT, LLC, E-FREEDOM PROPERTIES, LLC, E-PROPERTIES, LLC, GREGORY ENGLESBE and JOSEPH STAGNALETI,<br><br>　　　　Defendants. | Document Electronically Filed<br><br>Civil Action No. 1:10-cv-02825- NLH JS<br><br>**E MORTGAGE MANAGEMENT, LLC, E FREEDOM PROPERTIES, LLC, E PROPERTIES, LLC, GREGORY ENGLESBE AND JOSEPH SPAGNOLETTI'S NOTICE OF MOTION TO STRIKE PLAINTIFF'S OCTOBER 5, 2010 PLEADING AND FOR AN AWARD OF ATTONREY'S FEES AND COSTS AND, ALTERNATIVELY, TO DISMISS PLAINTIFF'S CROSSCLAIM AGAINST THE E-DEFENDANTS WITH PREJUDICE.**<br><br>**Return Date:** December 6, 2010<br>**Response Due Date:** November 22, 2010 |

TO:   All Counsel of Record (See attached Service List)

**PLEASE TAKE NOTICE** that on December 6, 2010, or as soon thereafter as counsel may be heard, Defendants, E Mortgage

Management, LLC, E Freedom, Properties, LLC, E Properties, LLC Gregory Englesbe and Joseph Spagnoletti, (improperly plead as Joseph Stagnaletti) (collectively "E-Defendants") will move before the Honorable Joel Schneider, U.S.M.J. at the United States District Court, District of New Jersey, Camden Vicinage, Camden, New Jersey, for an Order striking Plaintiff's October 5, 2010 Pleading (which includes an Amended Answer and Affirmative Defenses to E Properties' Amended Counterclaim and a Crossclaim against the Defendants) and for attorney's fees and costs pursuant to Fed. R. Civ. P. 16(f) and 12(f) and alternatively, dismissing Plaintiff's Crossclaim with prejudice as to all of the E-Defendants pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. L. Civ. R. 7.1(d), opposition to the relief requested and/or cross-motions shall be filed with the Clerk of the District Court and served upon the undersigned and all parties in interest at least fourteen (14) days before the hearing date of the Motion, or the Motion will be deemed uncontested.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. L. Civ. R. 7.2(a), unless the Court authorizes otherwise prior to the return date hereof, no testimony shall be taken at the hearing except by affidavit.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. L. Civ. R. 7.1(d)(7), Defendants requests oral argument only if timely opposition is filed.

```
                                    s/Tracey Goldstein
                                    Tracey Goldstein
                                    FEINSTEIN, RAISS, KELIN
                                          & BOOKER, L.L.C.
                                    100 Executive Drive
                                    Suite 360
                                    West Orange, NJ 07052
                                    Tel:(973) 324-5400
                                    Fax: (973) 731-4669
                                    tgoldstein@frkblaw.com
                                    Attorneys for Defendants E
                                    Mortgage Properties, LLC,
                                    E Freedom Properties, LLC,
                                    E Properties, LLC, Gregory
Dated:   October 25, 2010           Englesbe & Joseph Spagnoletti
```