**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DEIRDRE DAVIDSON,<br>          Plaintiff,<br><br>          v.<br><br>CORNERSTONE BANK, et al.,<br>          Defendants. | Civil Action<br>No. 10-2825(NLH)<br><br>**ORDER** |

**APPEARANCES:**
MATTHEW BENJAMIN WEISBERG
PROCHNIAK WEISBERG, PC
7 SOUTH MORTON AVENUE
MORTON, PA 19070
*Attorney for Plaintiff*

JOSEPH H. BLUM
DEEB, PETRAKIS, BLUM & MURPHY
103 Carnegie Center
Suite 300
Princeton, NJ 08540
*Attorney for Defendant Cornerstone Bank*

TRACEY GOLDSTEIN
FEINSTEIN RAISS KELIN & BOOKER LLC
100 EXECUTIVE DRIVE
SUITE 360
WEST ORANGE, NJ 07052
*Attorney for Defendants E Mortgage Management LLC, E Freedom Properties, LLC, E Properties, LLC, Gregory Englesbe and Joseph Spagnoletti*

For the reasons expressed in the Court's Opinion filed today,

    **IT IS HEREBY** on this 16th day of February, 2011

    **ORDERED** that Defendant Cornerstone Bank's Motion to Dismiss

[Doc. 19] is **GRANTED in part** and **DENIED in part**; and it is

further

    **ORDERED** that Defendants' Motions to Dismiss Plaintiff's

Cross-claim [Docs. 31, 32] are **GRANTED**; and it is further

    **ORDERED** that Plaintiff's Conspiracy and Aiding and Abetting

claims with respect to Defendant Cornerstone Bank are **DISMISSED**

**WITHOUT PREJUDICE**; and it is further

    **ORDERED** that Plaintiff's Equitable Relief claim is **DISMISSED**

**WITHOUT PREJUDICE**; and it is further

    **ORDERED** that with respect to Plaintiff's Truth-in-Lending

Act and Equity Protection Act claims, the Motion is **DENIED**

**WITHOUT PREJUDICE**; and it is further

    **ORDERED** that Plaintiff is granted leave to file an Amended

Complaint with respect to her Equitable Relief claim within

thirty (30) days of the entry of this Order.



                                       s/ Noel L. Hillman
At Camden, New Jersey                    NOEL L. HILLMAN, U.S.D.J.