IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DEIRDRE DAVIDSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORNERSTONE BANK, et al.,<br><br>　　　　Defendants. | Civil No. 10-2825 (NLH/JS) |

### AMENDED SCHEDULING ORDER

　　　This Scheduling Order confirms the directives given to counsel during the telephone status conference on February 23, 2011; and the Court noting the following appearances: Matthew B. Weisberg, Esquire, appearing on behalf of the plaintiff; and Joseph Blum, Esquire, and Tracey Goldstein, Esquire, appearing on behalf of the defendants.

　　　IT IS this **23rd** day of **February, 2011**, hereby **ORDERED**:

　　　1. All present scheduling deadlines and responses to plaintiff's Amended Complaint shall be stayed pending further Order of the Court.

　　　2. The Court will conduct an in-person settlement conference on **April 6, 2011 at 2:00 p.m. Plaintiff and an authorized settlement representative of E-Mortgage shall appear in-person at the conference**.

　　　**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

　　　　　　　　　　　　　　　　　　s/ Joel Schneider
　　　　　　　　　　　　　　　　　　JOEL SCHNEIDER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge